**United States Bankruptcy Court**
**District of Minnesota**

IN RE:  Case No. **14-42404**
**NOON, DARRELL A & NOON, ANNETTE C**  Chapter **13**
Debtor(s)

## MODIFIED CHAPTER 13 PLAN
Dated: **July 31, 2014** .

**1. DEBTOR'S PAYMENTS TO TRUSTEE** –
a. As of the date of this plan, the debtor has paid the trustee $ **450.00** .
b. After the date of this plan, the debtor will pay the trustee $ **450.00** per **month** for **59** months, beginning within 30 days after the relief for a total of $ **26,550.00**. The minimum plan length is **[ ]** 36 or **[X]** 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
c. The debtor will also pay the trustee: **n/a**
d. The debtor will pay the trustee a total of $ **27,000.00** [line 1(a) + line 1(b) + line 1(c)].

**2. PAYMENTS BY TRUSTEE** – The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **2,700.00** , [line 1(d) x .10].

**3. ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** – The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor | Monthly Payment | Number of Months | TOTAL PAYMENTS |
|---|---|---|---|
| None | | | |
| TOTAL | | | 0.00 |

**4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** – The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

| Creditor | Description of Property |
|---|---|
| None | |

**5. CLAIMS NOT IN DEFAULT** – Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| Creditor | Description of Claim |
|---|---|
| NONE | |

**6. HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** – The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates*. The trustee will pay the actual amounts of default.

| Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL | | | | | 0.00 |

**7. CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e)]** – The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate* .

| Creditor | Amount of Default | Int. rate (if any) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| NTERNAL REVENUE SERVICE | 6,292.00 | 3.00 | 217.96 | 10 | 30 | 6,538.80 |
| TOTAL | | | | | | 6,538.80 |

**8. OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** – The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int. Rate | Beginning in Month # | Monthly Payment | Number of Payments | Payments on Account of Claim | Adequate Protection from ¶ 3 | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | |
| TOTAL | | | | | | | | | 0.00 |

**9. PRIORITY CLAIMS** – The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates*. The trustee will pay the amounts actually allowed.

| Creditor | Estimate Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| DEPARTMENT OF REVENUE | 739.65 | 75.00 | 1 | 10 | 739.65 |
| James P. Agosto | 3,300.00 | 375.00 | 1 | 9 | 3,300.00 |
| TOTAL | | | | | 4,039.65 |

**10. SEPARATE CLASSES OF UNSECURED CREDITORS** – In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows:
The trustee will pay the allowed claims of the following creditors. *All entries below are estimates*.

| Creditor | Int. Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL | | | | | | 0.00 |

**11. TIMELY FILED UNSECURED CREDITORS** – The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $**13,721.55** [line 1(d) minus lines 2, 6(d), 7(d), 8(d), 9(f), and 10(c)].
a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **49,500.00**.
b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **207,832.18**.
c. Total estimated unsecured claims are $ **257,332.18** [line 11(a) + line 11(b)].

**12. TARDILY-FILED UNSECURED CREDITORS** – All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10, or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

**13. OTHER PROVISIONS** – The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.

The debtors shall send the Trustee each year during the Chapter 13 Plan copies of their federal and state income tax returns at the time they are filed. The debtors shall also promptly report to the Trustee the receipt of any federal and state tax refunds for the duration of this Chapter 13 case and shall be entitled to retain the first $2,000 plus any earned income credit (EIC). Any remaining amounts shall be turned over to the Chapter 13 Trustee as additional Plan Payments.

The debtors will file as and when due any and all post-petition federal income tax returns and will timely pay any post-petition federal income taxes. Should the debtors default on the timely filing of returns, and/or payment of federal income tax, the IRS will be entitled to an ex-parte order for dismissal of this case without notice or hearing on the filing of an affidavit with the Court that attests to such default and also that the Internal Revenue Service has mailed a letter by first class mail to debtors and debtors' counsel that gave notice of said default and a 30-day period to cure and that such a cure had not been performed.

**14. SUMMARY OF PAYMENTS**

| | |
|---|---|
| Trustee's Fee [Line2) | $ **2,700.00** |
| Home Mortgage Defaults [Line 6(d)] | $ **0.00** |
| Claims in Default [Line 8(d)] | $ **6,538.80** |
| Other Secured Claims [Line 8(d)] | $ **0.00** |
| Priority Claims [Line 9(f)] | $ **4,039.65** |

| | |
|---|---|
| Separate Classes [Line 10(c)] | $ **0.00** |
| Unsecured Creditors [Line 11] | $ **13,721.55** |
| TOTAL [must equal Line 1(d)] | $ **27,000.00** |

**James P. Agosto 0000632**
**James P. Agosto**
**142 W. Broadway P.O. Box 896**
**Monticello, MN  55362-0896**

Signed:  /s/ DARRELL A NOON
                                                DEBTOR

Signed:  /s/ ANNETTE C NOON
                                                DEBTOR (if joint case)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  NOTICE OF MODIFIED
　　　　　CHAPTER 13 PLAN
NOON, DARRELL A.  PRE-CONFIRMATION
NOON, ANNETTE C.

　　　　　　　　　Debtors

　　　　　　　　　　　　　　　　　　　Chapter 13 Case No. 14-42404

PLEASE TAKE NOTICE of the attached Modified Chapter 13 Plan, Pre-Confirmation.

The Hearing on Confirmation of Plan will be:

Date: August 21, 2014　　　Time: 10 a.m.　　　Location: Courtroom 8 West (Minneapolis)
　　　　　　　　　　　　　　　　　　　　　　　　　　　U S BANKRUPTCY COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　U S COURTHOUSE
　　　　　　　　　　　　　　　　　　　　　　　　　　　COURTROOM 8 WEST
　　　　　　　　　　　　　　　　　　　　　　　　　　　300 S 4TH ST
　　　　　　　　　　　　　　　　　　　　　　　　　　　MINNEAPOLIS, MN 55415

Dated: August 1, 2014　　　　　　　　　　　　/e/　James P. Agosto
　　　　　　　　　　　　　　　　　　　　　　James P. Agosto, Attorney ID No. 0000632
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　142 W. Broadway, P.O. Box 896
　　　　　　　　　　　　　　　　　　　　　　Monticello, MN 55362
　　　　　　　　　　　　　　　　　　　　　　763-295-4004

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

UNSWORN CERTIFICATE OF SERVICE

In re:

NOON, DARRELL A.  Chapter 13 Case No. 14-42404
NOON, ANNETTE C.
                Debtors

    I, James P. Agosto, declare under penalty of perjury that on August 1, 2014, I forwarded copies of the attached Notice of Modified Chapter 13 Plan, Pre-confirmation and Modified Chapter 13 Plan by first class mail, postage prepaid, or electronically, to each entity and at the address stated for each entity listed below.

DARRELL & ANNETTE NOON
23033 174TH STREET NW
BIG LAKE, MN 55309

UNITED STATES ATTORNEY
600 US COURTHOUSE, 300 S 4TH ST
MINNEAPOLIS, MN 55415

ADVANCED COLLECTION
PO BOX 353
CAMBRIDGE, MN 55008-0353

CT INC SERVICES
PO BOX 47095
PLYMOUTH, MN 55447-0095

COLLECTION RESOURCES
PO BOX 2270
ST CLOUD, MN 56302-2270

COLLTECH INC
15600 35TH AVE N #201
PLYMOUTH, MN 55447-1380

COMO LAW FIRM
PO BOX 130668
ST PAUL, MN 55113-0006

DIVERSIFIED ADJUSTMENT SERVICE INC
PO BOX 32145
FRIDLEY, MN 55432-0145

DIVERSIFIED CONSULTANTS INC
PO BOX 551268
JACKSONVILLE, FL 32255-1268

DR PATRICK BARNES
646 EAST RIVER ROAD STE 2
ANOKA, MN 55303-1891

DYNAMIC RECOVERY SOLUTIONS
PO BOX 25759
GREENVILLE, SC 29616-0759

EAR NOSE & THROAT SPECIALTY CARE
2211 PARK AVENUE SOUTH
MINNEAPOLIS, MN 55404-3711

EMERGENCY PHYSICIANS PA
5435 FELTL ROAD
MINNETONKA, MN 55343-7983

FAIRVIEW HEALTH SERVICES
PO BOX 9372
MINNEAPOLIS, MN 55440-9372

FEDERAL NATIONAL MORTGAGE
3900 WISCONSIN AVE NW DRAWER LR
WASHINGTON, DC 20016-2806

GREAT LAKES HIGHER EDUCATION
2401 INTERNATIONAL LANE
MADISON, WI 53704-3192

| | |
|---|---|
| GURSTEL CHARGO<br>6681 COUNTRY CLUB DRIVE<br>GOLDEN VALLEY, MN 55427-4601 | HEALTH PARTNERS MEDICAL GROUP<br>PO BOX 77026<br>MINNEAPOLIS, MN 55480-7726 |
| JC CHRISTENSON & ASSOC INC<br>PO BOX 519<br>SAUK RAPIDS, MN 56379-0519 | LAKELAND HEALTH SERVICES<br>10600 OLD CO RD 15 STE 140<br>PLLYMOUTH, MN 55441-6201 |
| MALACO LAW OFFICE<br>PO BOX 135<br>COTTAGE GROVE, MN 55016-0135 | MESSERLI & KRAMER<br>3033 CAMPUS DRIVE STE 250<br>PLYMOUTH, MN 55441-2662 |
| METRO ANESTHESIA NETWORK LLP<br>PO BOX 47159<br>PLYMOUTH, MN 55447-0159 | MN GASTROENTEROLOGY<br>PO BOX 14909<br>MINNEAPOLIS, MN 55414-0909 |
| MOHELA<br>633 SPIRIT DRIVE<br>CHESTERFIELD, MO 63005-1243 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 61247<br>VIRGINIA BEACH, VA 23466-1247 |
| NOVA CARE REHABILITATION<br>400 TECHNOLOGY DRIVE STE 240<br>CANONSBURGH, PA 15317-9575 | PARK NICOLLET<br>3800 PARK NICOLLET BLVD<br>ST LOUIS PARK, MN 55416-2699 |
| PARKWAY GASTROENTEROLOGY<br>3366 OAKDALE AVENUE<br>ROBBINSDALE, MN 55422 | PHOENIX MANAGEMENT SYSTEMS<br>PO BOX 3972<br>MINNEAPOLIS, MN 55403-0972 |
| RELIANCE RECOVERIES<br>6160 SUMMIT DRIVE STE 420<br>BROOKLYN CENTER, MN 55430 | THE ROSE LAW FIRM PLLC<br>PO BOX 5560<br>HOPKINS, MN 55343-0492 |
| TWIN CITIES ORTHOPEDICS<br>PO BOX 9188<br>MINNEAPOLIS, MN 55480-9188 | WINDSTREAM COMMUNICATIONS<br>1720 GALLERIA BLVD<br>CHARLOTTE, NC 28270-2408 |

Dated:  August 1, 2014                                  /e/    James P. Agosto
                                                       James P. Agosto, Attorney ID No. 0000632
                                                       Attorney for Debtor
                                                       142 W. Broadway, P.O. Box 896
                                                       Monticello, MN 55362
                                                       763-295-4004

**United States Bankruptcy Court**
**District of Minnesota**

IN RE:                                                                                            SIGNATURE DECLARATION

NOON, DARRELL A & NOON, ANNETTE C                                    Case No. 14-42404
                        Debtor(s)

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: ) Notice to Approve Chapter 13 Modified Plan Pre-confirmation

   I [We], the undersigned debtor(s) or authorized representative of the debtor, **make the following declarations under penalty of perjury:**

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 7-31-14

X _Darrell A Noon_                                                             X _Annette C Noon_
Signature of Debtor or Authorized Representative                Signature of Joint Debtor

NOON, DARRELL A                                                           NOON, ANNETTE C
Printed Name of Debtor or Authorized Representative       Printed Name of Joint Debtor